IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SHANNON KECK
o/b/o M.K.                                                              PLAINTIFF

v.                       Civil No. 04-5284

JO ANNE B. BARNHART, COMMISSIONER
SOCIAL SECURITY ADMINISTRATION                                          DEFENDANT

### O R D E R

Now on this 13th day of February, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #9), in this matter, to which no objections have been made, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, this matter be reversed and remanded to the Commissioner for further consideration pursuant to 42 U.S.C. § 405(g).

**/s/Jimm Larry Hendren**
**HON. JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**