IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

M.K., a minor                                                    PLAINTIFF

      v.      Civil No. 04-5284

MICHAEL J. ASTRUE,
Commissioner of Social Security                                  DEFENDANT

### **ORDER**

Now on this 18th day of August, 2008, comes on for consideration **Defendant's Unopposed Motion to Dismiss Plaintiff's Complaint** (document #11), and the Court, being well and sufficiently advised, finds and orders that the motion should be, and it hereby is, **granted,** and this matter is **dismissed.**

**IT IS SO ORDERED.**

                                  /s/ Jimm Larry Hendren
                                  JIMM LARRY HENDREN
                                  UNITED STATES DISTRICT JUDGE